**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                        **No. 4:02CR00195**

**SAMUEL KHABEER, SR.,
KAREN COX KHABEER**                                                        **DEFENDANT**

## ORDER

A hearing was held today at the direction of the Eighth Circuit Court of Appeals.

After reviewing the record and submissions by the parties, and hearing oral arguments, I conclude that the affidavit and warrant were not bottomed upon (even in part) any of Officer Miller's observations.  Even if Officer Miller's tainted information had been included in the affidavit and warrant, it would have only partially tainted the warrant, and the evidence arising from independent sources amount to probable cause that would justify issuing the warrant.[1]

The Clerk of the Court is directed to return the record, as supplemented, to the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this14th day of September, 2005

                                                        /s/ Wm. R.Wilson,Jr.
                                                        UNITED STATES DISTRICT JUDGE

---

[1]*See U.S. v. Salter*, 358 F.3d 1080, 1084 (8th Cir. 2004).