PROB 12B
EDIAR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 25 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Karen Cox Khabeer | Case Number: 4:02CR00195-002 BRW |

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                        United States District Judge

Original Offense:   Count 1: Conspiracy to Commit Bank Fraud; Count 3-5: Bank Fraud: Count 7-8: Aiding and Abetting to Commit Bank Fraud; Count 11: Aiding and Abetting with Intent to use False Identification Documents; Count 12: Aiding and Abetting Possession of Unauthorized Access Devices; Counts 13-14: Aiding and Abetting Use of an Unauthorized Access Device; Count 15: Aiding and Abetting Possession of Forged Checks

Date of Sentence:   April 28, 2004

Original Sentence:   90 months Bureau of Prisons: 60 months on Count 1, 36 months on Count 11 and 90 months on counts 3-5, 7-8, and 12-15 on each count to run concurrently; 5 years supervised release on each count to run concurrently; drug testing, substance abuse treatment, financial disclosure, $1,100 special penalty assessment, no new lines of credit, and $92,595.40 restitution.

| Type of Supervision: Supervised Release | Date Supervision Commenced: August 31, 2009 |
|---|---|
| | Date Supervision Expires: August 30, 2014 |
| U.S. Probation Officer: K. Kyle Estes | Asst. U.S. Attorney: Jana Harris | Defense Attorney: To be determined |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**Restitution is mandatory and payable to the victims during incarceration and supervised release. During incarceration, the defendant will pay 50 percent per month of all funds that are available to her. During community confinement placement, payments will be reduced to 10 percent of the defendant's gross monthly income. Beginning the first month of supervised release, payments will be $50 per month.**

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Karen Cox Khabeer                   Case Number: 4:02CR00195-002 BRW

## CAUSE

Ms. Khabeer was originally ordered to pay restitution in the amount of $92,595.40 at a rate of 10% of her gross monthly income. Based on a review of the financial information provided by Ms. Khabeer, the above-noted modification is requested due to the minimum payment being an undue hardship on the defendant's finances. Ms. Khabeer's gross monthly income is $1,836.38 and a net monthly cash flow of $1,966.78. Ms. Khabeer was delinquent in the amount of $726 in 2012 and has an outstanding balance of $85,517.55.

_____          _____
K. Kyle Estes                             Jana Harris
U.S. Probation Officer                    Assistant U.S. Attorney
501-604-5284
Date: February 1, 2013                    Date: 4-23-13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer
4-25-13
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

Prob 12B                                -3-                         Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender:  Karen Cox Khabeer                    Case Number:  4:02CR00195-002 BRW

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Restitution is mandatory and payable to the victims during incarceration and supervised release. During incarceration, the defendant will pay 50 percent per month of all funds that are available to her. During community confinement placement, payments will be reduced to 10 percent of the defendant's gross monthly income. Beginning the first month of supervised release, payments will be $50 per month.**

Witness: _____   Signed: X _____
U.S. Probation Officer                          Probationer or Supervised Releasee

2-12-13
DATE